UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANITA J. RAPP,                                                                CIVIL NO. 14-102 (MJD/JSM)

    Plaintiff,

v.                                                                                                          ORDER

MICHAEL J. ASTRUE,
*Commissioner of the Social Security*

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 1, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 30, 2014

                                                    s/Michael J. Davis
                                                    MICHAEL J. DAVIS
                                                    Chief Judge
                                                    United States District Court